IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RONALD L. JESTES, JR.  )
                                         )   No. 2-11-0059
v.  )
                                         )
SAXON MORTGAGE SERVICES, INC.  )

O R D E R

      Counsel for the parties called the Court on February 10, 2012, at which time the following matters were addressed:

      1. In response to the plaintiff's discovery requests, the defendant had objected to providing the last known address and telephone number for three former employees of the defendant on the grounds that such information was confidential.

      After hearing from counsel, the defendant was directed to provide the last known address and telephone number for Jose Garcia, Monique Sampson, and Katrina Jackson.

      Such addresses and telephone numbers shall not be disseminated or disclosed by the plaintiff or his counsel to anyone not involved in this lawsuit and shall not be used by the plaintiff for any reason other than for the purposes of this lawsuit.

      The defendant's disclosure of this information shall not constitute a waiver of the defendant's claim of confidentiality of the personnel files of these former employees or the personnel files of any former or current employees.

      2. The plaintiff shall have until February 17, 2012, to file a motion to compel relating to other discovery requests served on the defendant if the parties are not able to resolve their dispute.

      It is so ORDERED.

                                                              _____
                                                             JULIET GRIFFIN
                                                             United States Magistrate Judge