IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RONALD L. JESTES, JR. )
 ) No. 2-11-0059
v. )
 )
SAXON MORTGAGE SERVICES, INC.; )
and OCWEN LOAN SERVICING, LLC )

O R D E R

The first sentence of the order entered September 21, 2012 (Docket Entry No. 35), is hereby AMENDED to read in its entirety:

As a housekeeping matter, the plaintiff's motions for leave to file replies (Docket Entry Nos. 17 and **20**)[1] are GRANTED.

In all other respects, the September 21, 2012, order remains in full force and effect.

As a result, the Clerk is directed to list as pending the motion of defendant Saxon to exclude plaintiff's experts (Docket Entry No. 21).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] **The original order erroneously referred to Docket Entry Nos. 17 and 21, rather than 17 and 20.**