IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RONALD L. JESTES, JR.           )
                                )    No. 2-11-0059
v.                              )
                                )
SAXON MORTGAGE SERVICES, INC.;  )
and OCWEN LOAN SERVICING, LLC   )

O R D E R

The motion of defendant Ocwen Loan Servicing, LLC to reschedule the case management conference scheduled for March 20, 2013 (Docket Entry No. 58), is GRANTED in part.

The case management conference, scheduled by orders entered October 17, 2012 (Docket Entry Nos. 41-42), on March 20, 2013, is RESCHEDULED to **Thursday, April 4, 2013, at <u>4:00 p.m.</u>,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, to address the status of discovery, any discovery issues, whether there is a potential for settlement, the plaintiff's motion to modify case management order and amend the complaint (Docket Entry No. 51), and any other appropriate matters.

Defendant Ocwen had requested a 2:00 p.m. time, but a hearing is scheduled beginning at 1:00 that may go more than one hour so the Court has scheduled the case management conference in this case to begin at 4:00. However, if this date and time present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, to reschedule.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge