UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RONALD L. JESTES,                     )
                                      )
          Plaintiff,                  )
                                      )
          v.                          )     NO.  2:11-0059
                                      )     Judge Sharp/Griffin/Brown
OCWEN LOAN SERVICING, LLC,            )     Jury Demand
                                      )
          Defendant.                  )

## O R D E R

A settlement conference was held in this matter on May 20, 2013.  Although the parties conferred in good faith, a settlement satisfactory to all parties could not be reached.  The parties are advised that the Magistrate Judge stands ready to assist with further alternate dispute resolution at their request. At the present time it appears that nothing remains to be done by the Magistrate Judge and the Clerk is directed to return the file to Magistrate Judge Griffin for such additional proceedings as may be conducted before her and before Judge Sharp.

It is so **ORDERED**.

s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge