IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RONALD L. JESTES, JR. )
) No. 2-11-0059
v. )
)
SAXON MORTGAGE SERVICES, INC.; )
and OCWEN LOAN SERVICING, LLC )

O R D E R

The motion of defendant Saxon Mortgage Services, Inc. ("Saxon") to amend scheduling order to extend deadlines for expert discovery and dispositive motions to June 7, 2013 (Docket Entry No. 67) is GRANTED.

The May 31, 2013, deadline for completion of expert discovery is extended to June 7, 2013.

The June 5, 2013, deadline for filing any dispositive motion is extended to June 7, 2013. Any response shall be filed within 28 days of the filing of the motion or by July 5, 2013, if the motion is filed on June 7, 2013. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by July 19, 2013, if the response is filed on July 3, 2013.

No other filings in support of or in opposition to any dispositive motion shall be made after July 19, 2013, except with the express permission of the Honorable Kevin H. Sharp.

Memoranda in support of or in opposition to any dispositive motion shall not exceed twenty (20) pages.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge