UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RONALD L. JESTES, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 2:11-cv-00059 |
| ) | |
| v. ) | Judge Kevin Sharp |
| ) | |
| SAXON MORTGAGE SERVICES, INC. and ) | |
| OCWEN LOAN SERVICING, LLC, ) | |
| ) | |
| Defendants. ) | |

### SAXON'S MOTION FOR LEAVE TO FILE A CD CONTAINING AUDIO RECORDINGS WITH THE COURT

Pursuant to Administrative Order No. 167, § 5.06, Defendant Saxon Mortgage Services, Inc. ("Saxon") respectfully moves for leave to file a CD containing audio recordings with the Court. In support of its Motion for Summary Judgment, Saxon relies on audio recordings of telephone calls with Plaintiff, SXN02-0602 (referenced as MSJ-7 in the Motion and memorandum). Saxon is not able to file the audio recordings through the Court's ECF system.

WHEREFORE, Saxon respectfully requests that its Motion for Leave to File a CD Containing Audio Recordings With the Court be granted.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

By: *s/ Joshua J. Phillips*