**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **RONALD L. JESTES, JR.** | ) | |
| | ) | |
| | ) | **No. 2:11-0059** |
| **v.** | ) | **Judge Sharp** |
| | ) | |
| **SAXON MORTGAGE SERVICES, INC.** | ) | |
| | ) | |

## **O R D E R**

The jury trial in this matter is hereby scheduled for Tuesday, October 21, 2014, at 9:00 a.m.

and the final pretrial conference is scheduled for Monday, October 6, 2014, at 2:30 p.m. in

Cookeville, Tennessee.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the

trial date.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE