IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RONALD L. JESTES, JR. )
 ) No. 2-11-0059
v. )
 )
SAXON MORTGAGE SERVICES, INC.; )
and OCWEN LOAN SERVICING, LLC )

O R D E R

By order entered May 8, 2014 (Docket Entry No. 101), the defendants' motions for summary judgment (Docket Entry Nos. 69 and 73) were granted in part and denied in part, and by order entered May 12, 2014 (Docket Entry No. 102), the pretrial conference and trial were rescheduled to October 6, 2014, and October 21, 2014, respectively.

Counsel for the parties shall convene a telephone conference call with the Magistrate Judge on **Tuesday, May 20, 2014, at 11:00 p.m.,** to be initiated by counsel for defendant Saxon, to address the potential for settlement, propriety of ADR, and whether there are any matters to be addressed by the Magistrate Judge prior to trial.

If the date and time for the conference call present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge