IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| RONALD L. JESTES, JR. ) | |
| ) | No. 2-11-0059 |
| v. ) | |
| ) | |
| SAXON MORTGAGE SERVICES, INC.; ) | |
| and OCWEN LOAN SERVICING, LLC ) | |

O R D E R

Pursuant to the order entered May 19, 2014 (Docket Entry No. 106), counsel for the parties called the Court on June 6, 2014, at which time the following matters were addressed:

1. Counsel for defendant Saxon suggested that the parties participate in private mediation, and the plaintiff agreed with that proposal. Counsel for defendant Ocwen expressed willingness to participate in private mediation but wanted to explore the potential for reaching a settlement without going to mediation.

2. By June 16, 2014, counsel for the parties shall file a joint status report, indicating when mediation is scheduled, with whom, and whether defendant Ocwen is going to participate in the mediation.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge