IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RONALD L. JESTES, JR.           )
                                )   No. 2-11-0059
v.                              )
                                )
SAXON MORTGAGE SERVICES, INC.;  )
and OCWEN LOAN SERVICING, LLC   )

O R D E R

In accord with the order entered June 9, 2014 (Docket Entry No. 107), the parties filed a joint status report on June 16, 2014 (Docket Entry No. 108), advising that they have scheduled mediation with Judge Turnbull on August 7, 2014.

By August 14, 2014, the parties shall file another status report, indicating whether they participated in the mediation as scheduled, and whether or not they were able to reach a settlement and, if so, when they will file an agreed order or stipulation of dismissal and, if not, whether any potential for settlement remains.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge