IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

RONALD L. JESTES, JR.        )
                             )   No. 2-11-0059
v.                           )
                             )
SAXON MORTGAGE SERVICES, INC.; )
and OCWEN LOAN SERVICING, LLC  )

O R D E R

In accord with the order entered June 23, 2014 (Docket Entry No. 109), the parties filed a joint status report (Docket Entry No. 110), indicating that they had participated in mediation on August 7, 2014, and that the plaintiff and defendant Ocwen Loan Servicing, Inc. ("Ocwen") had reached a settlement, but that the plaintiff and defendant Saxon Mortgage Services, Inc. ("Saxon") were not able to reach a settlement.

By September 15, 2014, the plaintiff and defendant Ocwen shall file an agreed order of dismissal.

Also by September 15, 2014, the plaintiff and defendant Saxon shall file a joint status report indicating whether there are any matters to be addressed by the Magistrate Judge before the October 6, 2014, pretrial conference and October 21, 2014, trial. If there are any such matters to be addressed by the Magistrate Judge, counsel may, alternatively, convene or at least schedule a telephone conference call with the undersigned by September 15, 2014.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge